UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | Criminal No. 21-767-ES |
| vs. | ORDER FOR CONTINUANCE |
| RUFINO CAMILO | |

This matter having come before the Court on the joint application of the United States, by Philip R. Sellinger, United States Attorney for the District of New Jersey (Sophie Kaiser, Assistant U.S. Attorney, appearing), and Defendant RUFINO CAMILO (Barry S. Zone, Esq., appearing), for an order granting a continuance of proceedings in the above-captioned matter; and the defendant being aware that he has the right to have this matter brought to trial within 70 days of the date of his appearance before a judicial officer of this court pursuant to 18 U.S.C. § 3161(c)(1); and three prior continuances having been agreed to by the parties; and the defendant having consented to such continuance and having waived such right; and for good cause shown,

IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

1. Both the United States and Defendant have entered into a plea agreement and seek additional time to enter it before the Court, which would render trial unnecessary.

2. The defendant has consented to the aforementioned continuance.

3. As a result of the foregoing, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (h)(7)(B)(iv), the ends of justice served by the granting of this continuance outweigh the best interests of the public and the defendant in a speedy trial.

IT IS, therefore, on this __16th__ day of __August__, 2022,

ORDERED that this action be, and hereby is, continued until October 30, 2022; and it is further

ORDERED that the period from the date of this order through October 30, 2022 be and it hereby is excluded in computing time under the Speedy Trial Act of 1974, 18 U.S.C. § 3161 *et seq.*

_____
Honorable Esther Salas
United States District Judge

Consented to as to form and entry:

_____
SOPHIE KAISER
Assistant U.S. Attorney


__s/Lauren E. Repole__
Lauren E. Repole
Chief, General Crimes Unit


__s/ Barry S. Zone__
BARRY S. ZONE, ESQ.
Counsel for Defendant